# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 7, 2012

Before

RICHARD A. POSNER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No.: 11-2459 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>STEVEN FENZL, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:09-cr-00376-1<br>Northern District of Illinois, Eastern Division<br>District Judge Ruben Castillo |

Upon consideration of the **UNITED STATES MOTION TO AMEND THE OPINION**, filed on March 5, 2012, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. In the February 23, 2012, opinion, the second sentence in the second full paragraph on page 11 is **AMENDED** to read as follows, replacing "from the victim" with "from a third party."

The complete sentence should now read: When a fraudulent scheme involves depriving the victim of the fraud of the "honest services" that the defendant owed him, the government must prove that a bribe or kickback was sought from a third party.

form name: **c7_Order_3J**(form ID: **177**)